# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.*]

**Larry E. Hill**
[*You are the PLAINTIFF, print your full name on this line.*]

Case No. **49-G04-0801-PC-01627**
3:23-cv-00197-RLY-CSW

[*For a new case in this court, leave blank. The court will assign a case number.*]

v.

**Lisa Borges**,
[*The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

**FILED**
**11/09/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Lisa Borges Judge Court Room 4 | Marion County Jail Indpls, In 46205 |
| 2 | | |
| 3 | | |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.*]

1. How many defendants are you suing? **1**
2. What is the name and address of your prison or jail? **Branchville correctional facility Indiana Department of correction  21390 old State RD 37 Branchville, IN 47514-9042**
3. Did the event you are suing about happen there? ○ Yes  ● No, it happened at: _____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

4. On what date did this event occur? 6/21/2015

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 6/21/2015 I was locked up at work release for possesion of synthectic drug I was in judge stevin Rubick court room he threw my case out he release me on my own recontine he never sent me back to work release notice of intent not to procecute I got out from work release he never sent me back i got release to the street several months later lisa borges put a warrant on me for arm robbery I spent several months in the county jail with out a charge I went to court several times with out a case or violation then she sent me to prison

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

I went to R.D.C with out a case or violation then I went to prison I never commited a crime. I went to the farm.

LiSA borges is a crooked Judge sHe keep setting me up for the last seueral years I have not had a case she had her freind put a case on me I seen her on the screen when they put the knife Leuel 5 Feleony on me lied and said I put a knife on SWAt.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ● Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ● No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Pay me for pain and suffering cruel and unusual punnishement fals Arrest false imprisonment

[Initial Each Statement]

L.H  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
L.H  I will keep a copy of this complaint for my records.
L.H  I will promptly notify the court of any change of address.
L.H  I WILL NOT send more than one copy of any filing to the court.
L.H  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
L.H  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  11 / 2 /20 23  at 10:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Larry Hill_____                                    __993356__
Signature                                               Prisoner Number
240 (Rev. 7/10) (INND Rev. 8/16)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]