UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY E. HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>LISA BORGES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   No. 3:23-cv-00197-RLY-CSW<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

Date:  2/27/2024

Roger A. G. Sharpe, Clerk
United States District Court

_____
By:  Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

LARRY E. HILL
998356
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514